# Third District Court of Appeal
## State of Florida

Opinion filed December 17, 2025.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-1122
Lower Tribunal No. F82-11456A

————————————

**David Gerald Lewis,**
Appellant,

vs.

**State of Florida ,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

David Gerald Lewis, in proper person.

James Uthmeier, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before FERNANDEZ, LOGUE and LINDSEY, JJ.

PER CURIAM.

Affirmed.